GARDINER, KAMYA & ASSOCIATES, P.C., Appellant,

v.

Alphonso JACKSON, Secretary of Housing and Urban Development, Appellee.

No. 05–1160.

United States Court of Appeals, Federal Circuit.

Jan. 18, 2006.

Before BRYSON, LINN, and DYK, Circuit Judges.

**Judgment**

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36